IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

SHERRY PRICKETT,                                )
                                                )
        Plaintiff,                             )
                                                )
vs.                                             )   Case No. 15-CV-190-TCK-FHM
                                                )
SASHAY CORPORATE SERVICES,                      )
LLC, d/b/a AUTOMATED MAIL                       )
SERVICE, a Domestic Limited Liability           )
Company,                                        )
                                                )
        Defendant.                             )

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sherry Prickett, and Defendant, Sashay Corporate Services, LLC, d/b/a Automated Mail Service, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone: 918-585-2667
Facsimile: 918-585-2669
Email: danielsmolen@ssrok.com
        laurenlambright@ssrok.com
***Attorneys for Plaintiff***



s/Robyn M. Funk
*(Signed by filing attorney with permission of non-filing attorney)*
Robyn M. Funk, OBA #19810
Titus Hillis Reynolds Love
  Dickman & McCalmon
15 East 5th Street, Suite 3700
Tulsa, Oklahoma 74103
Phone: 918-587-6800
Fax: 918-587-6822
Email: rfunk@titushillis.com

and

Michael L. Covey Jr., OBA # 18360
Attorney At Law
11301 S. Fulton Ave.
Tulsa, Oklahoma 74137
Phone: 918-625-5820
Email: mcovey@cox.net
***Attorneys for Defendant***

2